DAVID L. NEALE (State Bar No. 141225)
TODD M. ARNOLD (State Bar No. 221868)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEAL, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; tma@lnbyg.com; jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>☐ ITTELLA INTERNATIONAL LLC,<br>a California limited liability company<br>☐ ITTELLA'S CHEF, LLC,<br>a California limited liability company<br>☐ TATTOOED CHEF, INC.,<br>a Delaware corporation<br>☐ MYJOJO, INC.,<br>a Delaware corporation<br>☐ NEW MEXICO FOOD<br>DISTRIBUTORS, INC,<br>a New Mexico corporation<br>☐ KARSTEN TORTILLA FACTORY,<br>LLC,<br>a New Mexico limited liability company<br>☐ BCI ACQUISITION, INC.,<br>a Delaware corporation<br>☒ TTCF-NM HOLDINGS INC.,<br>a New Mexico corporation<br>☐ All Debtors<br><br>     Debtors and Debtors-in-Possession. | Lead Case No.: 2:23-bk-14154-SK<br><br>Jointly administered with Case Nos.<br>2:23-bk-14159-SK; 2:23-bk-14161-SK;<br>2:23-bk-14157-SK; 2:23-bk-14158-SK;<br>2:23-bk-14155-SK; 2:23-bk-14156-SK; and<br>2:23-bk-14160-SK<br><br>Chapter 11 |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## TTCF-NM HOLDINGS INC.
## (CASE NO. 2:23-bk-14160-SK)

| Fill in this information to identify the case: |
| --- |
| Debtor name: TTCF-NM Holdings Inc. |
| United States Bankruptcy Court for the: Central District of California |
| Case number: 2:23-bk-14160-SK |

☐ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| 1a. **Real property:** | | $0.00 |
| --- | --- | --- |
| Copy line 88 from Schedule A/B | | |
| 1b. **Total personal property:** | | $1,560,848.73 |
| Copy line 91A from Schedule A/B | | |
| 1c. **Total of all property:** | | $1,560,848.73 |
| Copy line 92 from Schedule A/B | | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)     $19,000,000.00

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| 3a. **Total claim amounts of priority unsecured claims:** | $0.00 |
| --- | --- |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $197,364.56 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**     $19,197,364.56

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: TTCF-NM Holdings Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14160-SK

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | |
| 2.1 | $0.00 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 | | | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | $0.00 |
|---|---|

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $0.00

### Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | Current value of debtor's interest |
|---|---|
| 7.1 | $0.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | |
|---|---|
| 8.1 | $0.00 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    $0.00

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| 11a. | 90 days old or less: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➜ | $0.00 |
|---|---|---|---|---|---|---|
| 11b. | Over 90 days old: | _____ face amount | − | _____ doubtful or uncollectible accounts | = ........ ➜ | $0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $0.00

## Part 4:  Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | | $0.00 |
|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

| 15.1 | | | | $0.00 |
|---|---|---|---|---|

Debtor    TTCF-NM Holdings Inc.
Name

Case number *(if known)* 2:23-bk-14160-SK

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____    $0.00

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $0.00

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

| 19.1 _____ | _____ | _____ | _____ | $0.00 |

**20. Work in progress**

| 20.1 _____ | _____ | _____ | _____ | $0.00 |

**21. Finished goods, including goods held for resale**

| 21.1 _____ | _____ | _____ | _____ | $0.00 |

**22. Other inventory or supplies**

| 22.1 _____ | _____ | _____ | _____ | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   TTCF-NM Holdings Inc.   Case number *(if known)* 2:23-bk-14160-SK
Name

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes   Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 See Schedule AB 50 | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule AB 50 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 See Schedule AB 50 | | | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2014 Dodge Ram (VIN 3C6JR6AT8EG175774) | $7,148.38 | Comps | $4,595.39 |
| 47.2 2012 Dodge Ram (VIN 1C6RD6FT7CS332100) | $7,744.08 | Comps | $4,978.34 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

$0.00

**49. Aircraft and accessories**

49.1

$0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1
See Exhibit AB 50 | $1,551,275.00 | Appraisal | $1,551,275.00

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$1,560,848.73

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 9: | Real Property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 1700 Desert Surf Circle., NE Albuquerque, New Mexico 87107.-Manufacturing Facility | Leased | $0.00 | Net Book Value | $0.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1  ADP | $0.00 | None | Undetermined |
| 62.2  BarTender | $0.00 | None | Undetermined |
| 62.3  Presage Analytics | $0.00 | None | Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |
| **65. Goodwill** | | | |
| 65.1  Goodwill | Undetermined | None | Undetermined |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Undetermined |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   TTCF-NM Holdings Inc. _____   Case number *(if known)* 2:23-bk-14160-SK
_____Name_____

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| | | | | |
|---|---|---|---|---|
| _____ | _____ | _____ = ➜ | | $0.00 |
| | total face amount | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| _____ | Tax year _____ | $0.00 |
|---|---|---|

**73. Interests in insurance policies or annuities**

73.1

| _____ | $0.00 |
|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

| _____ | $0.00 |
|---|---|

Nature of Claim        _____

Amount requested     _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

| _____ | $0.00 |
|---|---|

Nature of Claim        _____

Amount requested     _____

**76. Trusts, equitable or future interests in property**

76.1

| _____ | $0.00 |
|---|---|

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

| _____ | $0.00 |
|---|---|

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,560,848.73 | |
| **88. Real property. Copy line 56, Part 9.** | ➔ | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | Undetermined | |
| **90. All other assets.** Copy line 78, Part 11. | $0.00 | |
| **91. Total. Add lines 80 through 90 for each column** | 91a. $1,560,848.73 | 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $1,560,848.73 |

| | NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **RICE STEAMING ROOM** | |
| Lot- | Rice Steaming Line, Consisting of:<br>• Flexicon 36" x 36" Stainless Steel Hopper/Feeder, with 4" Dia. x 12' Incline Screw<br>• Lyco Model Clean Flow CKFP, Steam Injected Rice Cooker, S/N 4007C75176 (New 2014), with Alfa Laval Heat Exchanger<br>• Lyco Model Plenum, Rice Cooler, S/N PCT0617-84543 (New 2017)<br>• Layton 6'L Dewatering Shaker, S/N 7187-01 (New 2017)<br>• Manufacturer Unknown Labeler<br>• Enercon Model Super Seal NM5022-216, Band Sealer, S/N 1467114-1-1 | 120,000 |
| | **KITCHEN 1** | |
| 1- | Groen Model N-300SP, 300-Gal. Stainless Steel Jacketed Kettle (New 1971), with Top Mounted Lightin Mixer | 10,000 |
| 1- | Lee Industries Model INA/2-250, 250-Gal. Stainless Steel Steam Jacketed Kettle, S/N 00399-1 (New 2012) | 15,000 |
| 1- | Groen 150-Gal. Stainless Steel Jacketed Kettle, S/N 00362-1 (New 2000) | 10,000 |

Exhibit AB 50

## NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM

| Qty. | Description | Orderly Liquidation Value |
|------|-------------|---------------------------|
|      |             | $ |
| 1- | Groen 150-Gal. Stainless Steel Jacketed Kettle, S/N 00362-2 (New 2000) | 10,000 |
| 1- | MTC Model HLC-2, 800-Lb. Bowl Elevator, S/N 20153930001 | 5,000 |
| 1- | MTC Model HLC-2, 800-Lb. Bowl Elevator, S/N 161708600 | 5,000 |
| Lot- | Miscellaneous Equipment Throughout Hot Water System, Consisting of: (2) Alfa Laval Heat Exchangers, Pump, 500-Gal. Holding Tank, Etc. | 5,000 |
| | **KITCHEN 2** | |
| 1- | Manufacturer Unknown Stainless Steel Horizontal Steam Washer, S/N N/A | 1,500 |
| 1- | Manufacturer Unknown Horizontal Band Sealer | 300 |
| 4- | Afco Portable SIP Foamer | 1,000 |
| 1- | Breddo 350-Gal. Likwifier, with Pump, Platform | 40,000 |
| 1- | Manufacturer Unknown 150-Gal. Steam Kettle, S/N N/A | 10,000 |
| 1- | Groen Model N-500SP, 500-Gal. Stainless Steel Jacketed Mixing Kettle, S/N 32541 | 15,000 |
| 1- | Groen Model NEM-600, 600-Gal. Stainless Steel Jacketed Mixing Kettle, S/N 61031-1 (New 1990) | 20,000 |

Exhibit AB 50

## NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM

| Qty. | Description | Orderly Liquidation Value $ |
|------|-------------|-----------------------------|
| 1- | Gorman Rupp Model 1800TRA20, 10-HP Positive Displacement Pump, S/N 08B5736 | 5,000 |
| 1- | Manufacturer Unknown Stainless Steel Pump, with 10-HP Pump, 24" Dia. Hopper Feed | 15,000 |
| 1- | Sealed Air Cryovac Model RC2045C, Vertical Form Fill and Seal Machine, S/N 115, with Exit Conveyor, Incline Conveyor | 35,000 |
| 1- | Dohmeyer DOH-CCT-8750, 30'L x 10' Dia. Rocker Type Stainless Steel Cryogenic Chiller, S/N N/A, 2,500-Gal., Paddle Wheel Agitation, Alfa Laval Heat Exchanger **(Please Note:** Leased) | Leased |
| 1- | Lee Industries Model 200D9MS, 200-Gal. Stainless Steel Jacketed Mixing Kettle, S/N 15277-1-1 (New 2001) | 15,000 |
| 1- | RCP 200-Gal. Stainless Steel Jacketed Mixing Kettle, S/N R104-87 (New 1987) | 10,000 |
| 1- | RCP 200-Gal. Stainless Steel Jacketed Mixing Kettle, S/N R103-87 (New 1987) | 10,000 |
| 1- | MTC Model HLC-2, 800-Lb. Bowl Elevator, S/N 20153928001 (New 2005) | 5,000 |

Exhibit AB 50

| | NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **MIXING ROOM** | |
| 1- | Manufacturer Unknown Stainless Steel Above Ground Digital Platform Scale, with Read Out | 1,500 |
| 1- | Manufacturer Unknown 1,500-Lb. Stainless Steel Horizontal Mixer, S/N N/A | 20,000 |
| 1- | Manufacturer Unknown 1,500-Lb. Stainless Steel Horizontal Mixer, S/N N/A | 20,000 |
| | **SEALED BAG ROOM** | |
| Lot- | Equipment Throughout Sealed Bag Room, Consisting Of: Ishida 15-Head Vertical Weigh Scale S/N N/A Mezzanine Mounted with 12' Bucket Elevator Hopper Feed, Ilapak Model 500 Form Fill and Seal Machine S/N V-5000 | 50,000 |
| | **ASSEMBLY ROOM** | |
| Lot- | Burrito Line No. 1, Consisting of:<br>• Unifiller Stainless Steel Piston Depositor, S/N N/A, with Hopper Feed<br>• Manufacturer Unknown 4'W x 25'L Manual Burrito Folding Conveyor, with 16" x 20'L Interlocking Return Conveyor<br>*Continued...* | 250,000 |

Exhibit AB 50

| | | |
|---|---|---|
| **NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM** | | |

| | | Orderly Liquidation Value |
|---|---|---|
| **Qty.** | **Description** | **$** |

Continued...

- Pro Seal Model GT1E, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-0413 (New 2017)
- Pro Seal Model GT1E, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-017018 (New 2022)
- Pro Seal Model GT1E, Automatic High-Speed In-Line Tray Sealer, S/N SN-M-05872 (New 2020)
- Manufacturer Unknown 20-Tier Spiral Freezer, 24"W Belt, 6" Belt Height, with Frigid Cool Heat Exchanger
- Adco Model 15HCS50WD, End Load Cartoner, S/N 5447HG (New 2013)
- Adco Model 15HCS50WD, End Load Cartoner, S/N 5857HD (New 2017)
- Ceia Model THS/SM21, 12" x 6" Metal Detector, S/N 33002110074
- Markem Model Imaje 9450, Inkjet Coder
- 3M Top and Bottom Case Taper, S/N N/A
- Adco Model 15DZ-50SS, Horizontal Hand Load Cartoner, S/N 5655HG (New 2015), with Nordson Hot Melt Gluer

Continued...

Exhibit AB 50

| | NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | *Continued...* | |
| | • 3M Model 7000 R Pro, Top and Bottom Case Taper, S/N SBB0003827 | |
| Lot- | Burrito Line No. 2, Consisting of: | 200,000 |
| | • Reiser Model Vemag DP3, Vacuum Stuffer, S/N 138-0457 (New 2018) | |
| | • Reiser Model Vemag DP3, Vacuum Stuffer, S/N N/A (New 2018) | |
| | • Manufacturer Unknown 4'W x 25'L Manual Burrito Folding Conveyor, with Bladder Pump, 24" Incline Conveyor | |
| | • York 20-Tier Spiral Freezer, 24"W Stainless Steel Belt, 6" Distance Between Belts with Heat Exchanger | |
| | • Ilapak Model Correra 500, Horizontal Flow Wrapper, S/N 06804311085 (New 2020) | |
| | • Ilapak Model Correra 500, Horizontal Flow Wrapper, S/N 0680431150 (New 2021) | |
| | • (2) Markem Imaje Model 9450, Inkjet Coders, S/N N/A | |
| | • Ceia Model THS/MS21, 12" x 6" Metal Detector, S/N 34002100033, with Pneumatic Reject Push Out | |
| | • Manufacturer Unknown 5'W x 25'L Accumulation Conveyor, with Pneumatic Diverter | |
| | *Continued...* | |

Exhibit AB 50

| NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | *Continued...* | |
| | • Adco Model 15HCS, End Load Cartoner, 5791HG (New 2016), with Nordson Hot M Gluer, Markem Imaje 9450 Inkjet Coder, Exit Conveyor | |
| | • 3M Top and Bottom Case Taper, S/N N/A | |
| Lot- | Flauta Line 3, Consisting of: | 275,000 |
| | • Reiser Model Vemag V-500, Vacuum Stuffer, S/N 1284834 | |
| | • Reiser Model Vemag V-500, Vacuum Stuffer, S/N N/A | |
| | • Manufacturer Unknown 5'W x 25'L Manual Burrito Folding Conveyor | |
| | • Reiser Model Vemag DP3, Vacuum Stuffer | |
| | • EFS Model APF-45, 45"W Continuous Deep Fryer, S/N 2019-03-APF-1 (New 2019), 2,000,000-Btu, EFS Model RFD30 30-Gal. Oil Skimmer S/N 2019-03-REF-1 (New 2019) with Heat Exchanger, Pump and Tank | |
| | • Reiser Model Vemag, Vacuum Stuffer, S/N N/A | |
| | • Northfield York Approx. 15-Tier Spiral Freezer, 24"W Stainless Steel Belt, 6" Distance Between Belts, with Heat Exchanger | |
| | • Manufacturer Unknown 24"W x 12'L Motorized Belt Conveyor | |
| | *Continued...* | |

Exhibit AB 50

| | NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | |

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | *Continued...* | |
| | • Ilapak Model Carrera 1000/40, Horizontal Flow Wrapper, S/N 0640490156 (New 20 with Markem Imaje Model 9450 Inkjet Coder | |
| | • Ceia Model THS/SN21, 12" x 6" Metal Detector, S/N 3400210032, with Pneumatic Reject Push Off | |
| | • Manufacturer Unknown 5' x 25' Accumulation Conveyor | |
| | • Sealed Air Model A27A, Carton Flow Wrapper, S/N A17013-01, with Sealed Air Model T7H 4'L Heat Shrink Tunnel S/N T17019-01 12" x 24" Opening | |

**MAINTENANCE SHOP**

| 1- | BHS Model BTC-24, 24" Battery Transfer Carriage, S/N L0176095 (New 2012) | 750 |
|---|---|---|
| 1- | Groen Model DA/2-600, 600-Gal. Stainless Steel Mixing Kettle, S/N 63120-2 (New 1990) | 15,000 |

Exhibit AB 50

| NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM |
| --- |

| Qty. | Description | Orderly Liquidation Value |
| --- | --- | --- |
| | | $ |
| Lot- | Miscellaneous Equipment Throughout Maintenance Shop, Consisting of: Jet Pedestal Type Drill Press, Variable Speed Milling Machine, Jet 12" x 40" Geared Head Engine Lathe, Lacfer 15" x 3' Geared Head Engine Lathe, H-Frame Presses, Manual Finger Brake, Welders, Hand and Power Tools, Hoists, Etc. | 7,500 |

**OUTSIDE**

| Lot- | Ammonia System, Consisting of:<br>• (2) Evapco Roof Mounted Evaporative Coolers, 6,000-Gal. Accumulation Tank, 3,500-Gal. Recirculation Tank, 8,300-Gal. Ammonia Receiver Tank, Heat Exchangers, 5,000-Gal. Tank, All Associated Pumping, Piping & Storage Equipment<br>• Mycom Model N160VCDD-T-200, 250-HP Ammonia Compressor, S/N SU-2439L<br>• Mycom Model N160VCDD-T-200, 250-HP Ammonia Compressor, S/N SU-2439-B<br>• Mycom Model N160VCDD-T-200, 250-HP Ammonia Compressor, S/N N/A<br>• Mayekawa Model N200VLD-T-350, 350-HP Ammonia Compressor, S/N SU-2803<br>*Continued...* | 112,500 |

Exhibit AB 50

| | NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | |
|---|---|---|
| **Qty.** | **Description** | **Orderly Liquidation Value** $ |
| | *Continued...* | |
| | • Mycom Model N320VCDSS13-T-400, 40 Ammonia Compressor, S/N SU2440 | |
| 1- | Victory Energy 8,625-Lb. Per./Hr. Natural Gas Fired Boiler, S/N 14123 (New 2017), with Associated Equipment | 15,000 |
| 1- | Mohawk Model 4/5/625, 4,312-Lb. Per./Hr. Natural Gas Fired Boiler, S/N 9591 (New 1985) | 7,500 |
| 1- | Ingersoll Rand Model SSR-EP150, 150-HP Rotary Screw Air Compressor, S/N F12697U9529 (New 1995), with Hankinson Air Dryer, Receiver | 7,500 |
| 1- | Fulton Model ST-0760-F, 150-Gal. Hot Oil Boiler, S/N 2950-C (New 1995) | 3,500 |
| | **OUTSIDE STORAGE** | |
| Lot- | Miscellaneous Equipment Throughout Outside Storage, Consisting of: • Burrito Folder • 250-Gal. Continuous Fryer, with Tank, Oil Filter, Etc. | 15,000 |

Exhibit AB 50

**NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM**

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | **OIL ROOM** | |
| Lot- | Equipment Located In Oil Room, Consisting of: | 15,000 |
| | • 6,000-Gal. Vertical Stainless Steel Oil Tank, with Top Mounted Agitator | |
| | • 3,600-Gal. Vertical Stainless Steel Oil Tank | |
| | • (2) 1,000-Gal. Vertical Stainless Steel Oil Tanks | |
| | **THROUGHOUT FACILITY** | |
| 1- | O'Ryan Model LFD, Stretch Wrapper, S/N V5726 | 4,000 |
| Lot- | Miscellaneous Racking Throughout Cooler, Consisting of: (65) Sections of 16'H x 8'W x 4'D Heavy Duty Adjustable Steel Pallet Racking, (52) Sections of 4-Position Pallet Push Back Racking S/N N/A 4-Position High | 23,725 |
| Lot- | Miscellaneous Equipment in Storage, Consisting of: | 75,000 |
| | • Bizerba Weigh Scale Conveyor | |
| | • Shanklin Heat Shrink Tunnel | |
| | • Manufacturer Unknown Horizontal Cartoner, S/N N/A | |
| | • (2) Ilapak Model Carrera, Carton Flow Wrappers | |
| | *Continued...* | |

Exhibit AB 50

| | NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value $ |
|---|---|---|
| | *Continued...* | |
| | • Ishida Weigh Scale, with Vertical Form Fill and Seal<br>• Metal Detectors, Weigh Scales, Bowl Elevators, Grinders, Steamers, Accumulation Conveyor, Flow Wrappers, Heat Shrink Tunnels, Assorted Conveyor, Etc. | |
| 1- | Lochinvar Model CWN0495PW, Hot Water Boiler, S/N H06H00190064, Natural Gas Fired<br><br>(**Please Note:** Located in Boiler Room 1) | 6,500 |
| Lot- | Miscellaneous Equipment Throughout QA Lab, Consisting of: Motak 4-Door Stainless Steel Refrigerator, Pipettes, Balances, Computers, PH Meters, Etc. | 6,500 |
| Lot- | Miscellaneous Equipment Throughout Production Storage, Consisting of: Herschel Model CA Slicer S/N 3829, Piston Filler, Safeline Model SL2000 30" x 80" Metal Detector S/N 24135-02, Bosch Model B550 Band Sealer S/N 18-3510, Hobart Cheese Extruder, Manufacturer Unknown 300-Lb. Stainless Steel Mixer, Etc. | 10,000 |

Exhibit AB 50

| NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| Lot- | Miscellaneous Equipment Throughout Facilities, Consisting of: Stainless Steel Sinks, Stainless Steel Workstations, Shovels, Brooms, Trash Cans, CIP Foamers, Portable Racks, Proofing Racks, Stainless Steel Tubs, Metro Racks, Ladders, Mezzanines, Pumps, Pipings, Tanks, Pans, Conveyor, Floor Jacks, Battery Chargers, Etc. | 20,000 |
| Lot- | Office Furniture and Fixtures Throughout Facility, Consisting of: Laminate Desks, Chairs, Conference Room and Related Equipment, File Cabinets, PC's & Monitors, Laptops, Computers, Printers, Fax Machines, Copiers, Server Room and Related Equipment, Telephones, Security Equipment, Break Room Equipment, Etc. | 10,000 |
| | **MOBILE EQUIPMENT. NOT INSPECTED BY APPRAISER. INFORMATION PROVIDED BY COMPANY** | |
| 1- | Raymond Model 425-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N 425-14-40253 (New 2014 Est.) | 3,500 |
| 1- | Raymond Model 425-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N 425-14-40259 (New 2014 Est.) | 3,500 |
| 1- | Raymond Model 425-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N 425-14-40283 (New 2014 Est.) | 3,500 |

Exhibit AB 50

| | NM Holdings, 1700 Desert Surf Circle, Albuquerque, NM | |
|---|---|---|

| Qty. | Description | Orderly Liquidation Value |
|---|---|---|
| | | $ |
| 1- | Raymond Model 425-C40TT, 4,000-Lb. Electric Stand Up Reach Type Forklift Truck, S/N 425-14-40299 (New 2014 Est.) | 3,500 |
| 1- | Raymond Model 8400, Electric Pallet Jack, S/N 840-08-79569 (New 2008) | 500 |
| 5- | Yale Model MPB045VGN24T2646, Electric Pallet Jacks, Serial Numbers: A245C11915W, A245C11917W, A245C11919W, A245C11927W & A245C11929W | 2,500 |

| TOTAL ORDERLY LIQUIDATION VALUE | $1,551,275 |
|---|---|

Exhibit AB 50

**Fill in this information to identify the case:**

Debtor name: TTCF-NM Holdings Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14160-SK

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:**    **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | | | |

UMB Bank
P.O. BOX 419226
MAILSTOP 1170103D
Kansas City, MO 64141-6226
greg.carasik@umb.com

**Date debt was incurred?**
9/1/2017

**Last 4 digits of account number**
TE01

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
All owned Assets

**Describe the lien**
Senior Secured Term Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of Claim: $19,000,000.00
Value of collateral: Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$19,000,000.00

Debtor    TTCF-NM Holdings Inc.                                              Case number *(if known)* 2:23-bk-14160-SK
          Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

| Fill in this information to identify the case: |
|---|
| Debtor name: TTCF-NM Holdings Inc. |
| United States Bankruptcy Court for the: Central District of California |
| Case number: 2:23-bk-14160-SK |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

2.1

Internal Revenue Service
PO Box 7346
Philadelphia PA
19101

**As of the petition filing date, the claim is:**     $0.00     $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**

☐ Yes

11 U.S.C. § 507(a) ( **8** )

2.2

Securities Exchange Commission
Attn: Bankruptcy Counsel
444 S Flower St Ste 900
Los Angeles CA
90071

**As of the petition filing date, the claim is:**     $0.00     $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

**Specify Code subsection of PRIORITY unsecured claim:**

☐ Yes

11 U.S.C. § 507(a) ( **8** )

Debtor TTCF-NM Holdings Inc.
Name

Case number *(if known)* 2:23-bk-14160-SK

**2.3**

Social Security Administration
Attn: Bankruptcy
6401 Security Blvd
Baltimore MD
21235

As of the petition filing date, the claim is:                    $0.00                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**

11 U.S.C. § 507(a) ( **8** )

These creditors have been added for noticing purposes only

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

Ittella International LLC
6305 Alondra Blvd
Paramount, CA 90723

As of the petition filing date, the claim is:                    $197,364.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Intercompany Notes Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2**

THE TORTILLA BUILDING, LLC
124 East Marcy St
Sante Fe, NM 87501

As of the petition filing date, the claim is:                    $0.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____ | _____ |
| | ☐ Not listed. Explain _____ | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $197,364.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $197,364.56 |

**Fill in this information to identify the case:**

Debtor name: TTCF-NM Holdings Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14160-SK

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**   **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Real Property Lease | THE TORTILLA BUILDING, LLC<br>124 East Marcy St<br>Santa Fe, NM 87501 |
|---|---|---|---|
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name: TTCF-NM Holdings Inc. |
| United States Bankruptcy Court for the: Central District of California |
| Case number: 2:23-bk-14160-SK |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 Ittella International LLC | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.2 BCI Acquisition, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.3 New Mexico Food Distributors, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |
| 2.4 Myjojo, Inc. | 6305 Alondra Blvd, Paramount, CA 90723 | UMB Bank | ☑ D ☐ E/F ☐ G |

Debtor    TTCF-NM Holdings Inc.
Name

Case number *(if known)* 2:23-bk-14160-SK

2.5
Karsten Tortilla Factory, LLC

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.6
Ittella's Chef, LLC

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

2.7
Tattooed Chef, Inc.

6305 Alondra Blvd, Paramount, CA 90723

UMB Bank

☑ D
☐ E/F
☐ G

| Fill in this information to identify the case: |
| --- |
| Debtor name: TTCF-NM Holdings Inc. |
| United States Bankruptcy Court for the: Central District of California |
| Case number: 2:23-bk-14160-SK |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a    Other documents filed concurrently herewith
declaration

I declare under penalty of perjury that the foregoing is true and correct.

07/28/2023
Executed on

Signature of individual signing on behalf of debtor
Edward Bidanset

Printed name
Chief Restructuring Officer

Position or relationship to debtor

DAVID L. NEALE (State Bar No. 141225)
TODD M. ARNOLD (State Bar No. 221868)
JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEAL, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dln@lnbyg.com; tma@lnbyg.com; jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Lead Case No.: 2:23-bk-14154-SK |
| ☐ ITTELLA INTERNATIONAL LLC, a California limited liability company<br>☐ ITTELLA'S CHEF, LLC, a California limited liability company<br>☐ TATTOOED CHEF, INC., a Delaware corporation<br>☐ MYJOJO, INC., a Delaware corporation<br>☐ NEW MEXICO FOOD DISTRIBUTORS, INC, a New Mexico corporation<br>☐ KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company<br>☐ BCI ACQUISITION, INC., a Delaware corporation<br>☒ TTCF-NM HOLDINGS INC., a New Mexico corporation<br>☐ All Debtors | Jointly administered with Case Nos. 2:23-bk-14159-SK; 2:23-bk-14161-SK; 2:23-bk-14157-SK; 2:23-bk-14158-SK; 2:23-bk-14155-SK; 2:23-bk-14156-SK; and 2:23-bk-14160-SK<br><br>Chapter 11 |
| Debtors and Debtors-in-Possession. | |

## STATEMENT OF FINANCIAL AFFAIRS FOR
## TTCF-NM HOLDINGS INC.
## (CASE NO. 2:23-bk-14160-SK)

**Fill in this information to identify the case:**

Debtor name: TTCF-NM Holdings Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14160-SK

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      *04/22*

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

**1. Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _____ to _Filing Date_ | ☐ Operating a business<br>☐ Other | _____ |
| **For prior year:** From _____ to _____ | ☐ Operating a business<br>☐ Other | _____ |
| **For the year before that:** From _____ to _____ | ☐ Operating a business<br>☐ Other | _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _____ to _Filing Date_ | _____ | _____ |
| **For prior year:** From _____ to _____ | _____ | _____ |
| **For the year before that:** From _____ to _____ | _____ | _____ |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>_____ | _____ | _____ | ☐ Secured debt<br><br>☐ Unsecured loan repayments<br><br>☐ Suppliers or vendors<br><br>☐ Services<br><br>☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>_____<br><br>Relationship to debtor<br>_____ | _____ | _____ | ☐ Secured debt<br><br>☐ Unsecured loan repayments<br><br>☐ Suppliers or vendors<br><br>☐ Services<br><br>☐ Other |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1<br><br>_____ | _____ | _____ | _____ |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1<br><br>_____ | _____<br>Last 4 digits of account number | _____ | _____ |

**Part 3:**  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 **Name** ___ **Case number** ___ | ___ | Name ___ Street ___ City ___ State ___ Zip ___ | ☐ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address ___ Street ___ City ___ State ___ Zip ___ | Case title ___ Case number ___ Date of order or assignment ___ | Court name and address Name ___ Street ___ City ___ State ___ Zip ___ |

**Part 4:**  **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name ___ Street ___ City ___ State ___ Zip ___ **Recipient's relationship to debtor** ___ | ___ | ___ | ___ |

**Part 5:**   **Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 | | | |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1 | |
| Street | From      to |
| City    State    Zip | |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |
| Street | | |
| City    State    Zip | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider | How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

**Name of plan**                  **Employer identification number of the plan**

Has the plan been terminated?

☐ No

☐ Yes

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City    State    Zip | _____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br><br>_____ | _____ | _____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City    State    Zip | _____<br>Address<br>_____ | _____ | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 _____<br>Name<br>_____<br>Street<br>_____<br>City    State    Zip | _____<br>Address<br>_____ | _____ | ☐ No<br>☐ Yes |

## Part 11:    Property the Debtor Holds or Controls that the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

## Part 12:    Details About Environmental Information

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1<br><br>Case Number | Name<br><br>Street<br><br>City    State    Zip | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1<br>Name<br><br>Street<br><br>City    State    Zip | Name<br><br>Street<br><br>City    State    Zip | | |

Debtor    TTCF-NM Holdings Inc.                                    Case number *(if known)* 2:23-bk-14160-SK
         Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City          State    Zip | City             State    Zip | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN |
| | | **Dates business existed** |
| | | From          to |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1 | From          to |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1<br><br>DELOITTE & TOUCHE<br>PO BOX 844708<br>DALLAS, TX 75284-4708 | From          to<br>1/1/2022    3/31/2023 |
| 26b.2<br><br>BDO LLP<br>PO BOX 677973<br>DALLAS, TX 75267-7973 | From          to<br>4/1/2020    12/31/2022 |

26b.3

| | |
|---|---|
| GRANT THORNTON LLP | From |
| 33562 TREASURY CENTER | 4/1/2020 |
| CHICAGO, IL 60694-3500 | to |
| | Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1 |
| UMB Bank |
| P.O. BOX 419226 |
| MAILSTOP 1170103D |
| Kansas City, MO 64141-6226 |
| greg.carasik@umb.com |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 TATTOOED CHEF INC 6305 ALONDRA BLVD. PARAMOUNT, CA 90723 | Owner | 100% |
| 28.2 SALVATORE GALLETTI 27996 PALOS VERDES DR E RANCHO PALOS VERDES, CA 90275 | Chief Executive Officer | 0% |
| 28.3 STEPHANIE DIECKMANN 1002 S AMBRIDGE ST ANAHEIM, CA 92806 | Chief Financial Officer | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 | | From _____ to _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |

| Relationship To Debtor |
|---|
| |

**31.Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1   Tattooed Chef Inc | EIN   82-5457906 |

**32.Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**Fill in this information to identify the case:**

Debtor name: TTCF-NM Holdings Inc.

United States Bankruptcy Court for the: Central District of California

Case number: 2:23-bk-14160-SK

☐ **Check if this is an amended filing**

---

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
07/28/2023

_Edward Bidanset_                                                      Edward Bidanset
Signature of individual signing on behalf of debtor          Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☑ No

☐ Yes

## United States Bankruptcy Court
### Central District of California

| | | | |
|---|---|---|---|
| In re | **TTCF-NM Holdings Inc., a Delaware corporation** | Case No. | **2:23-bk-14160-SK** |
| | Debtor(s) | Chapter | **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tattooed Chef Inc.**<br>**6305 Alondra Blvd**<br>**Paramount, CA 90723** | **Common Stock** | **100%** | **Equity** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, <u>Edward J. Bidanset</u>, the <u>Chief Restructuring Officer</u> of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 28, 2023**                    Signature   *Edward J. Bidanset*

**Edward J. Bidanset,**
**Chief Restructuring Officer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale 141225**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **141225 CA**<br>**dln@lnbyg.com** | |

☑ *Attorney for:  Debtor and Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **TTCF-NM Holdings Inc., a Delaware corporation**<br>Debtor(s), | CASE NO.: **2:23-bk-14160-SK**<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Edward J. Bidanset**                                 , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
       See Addendum

b.     ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**July 28, 2023**
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Edward J. Bidanset,**
        **Chief Restructuring Officer**
        _____
        Printed name of Debtor, or attorney for
        Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

Tattooed Chef Inc.
6305 Alondra Blvd
Paramount, CA 90723

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                            **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re __TTCF-NM Holdings Inc., a Delaware corporation__                    Case No. __2:23-bk-14160-SK__
                                                                Debtor(s)    Chapter    __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $ _____**25,000.00**

   Prior to the filing of this statement I have received _____ $ _____**25,000.00**

   Balance Due _____ $ _____**0.00 [1]**

2. $__**1,738.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtors **[1]**    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtors **[1]**    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of LNBYG's specialization**

In re    **TTCF-NM Holdings Inc., a Delaware corporation**    Case No.    **2:23-bk-14160-SK**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| **July 28, 2023** | /s/ David L. Neale |
|---|---|
| *Date* | **David L. Neale 141225** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Golubchik L.L.P** |
| | **2818 La Cienega Avenue** |
| | **Los Angeles, CA 90034** |
| | **(310) 229-1234** |
| | **dln@lnbyg.com** |
| | *Name of law firm* |

**[1]** During the one-year period prior to the Petition Date, the following entities, all of which are debtors in possession in jointly administered Chapter 11 cases under lead case number 2:23-bk-14154-SK (collectively, the "Debtors"), paid the total sum of $250,000.00 to Levene, Neale, Bender, Yoo & Golubchik L.L.P ("LNBYG"), which constituted a pre-bankruptcy retainer for legal services in contemplation of and in connection with the Debtors' Chapter 11 cases (collectively, the "Retainer"):

| DEBTOR | CASE |
|---|---|
| ITTELLA INTERNATIONAL LLC, a California limited liability company | 2:23-bk-14154-SK |
| ITTELLA'S CHEF, LLC, a California limited liability company | 2:23-bk-14159-SK |
| TATTOOED CHEF, INC., a Delaware corporation | 2:23-bk-14161-SK |
| MYJOJO, INC., a Delaware corporation | 2:23-bk-14157-SK |
| NEW MEXICO FOOD DISTRIBUTORS, INC., a New Mexico corporation | 2:23-bk-14156-SK |
| KARSTEN TORTILLA FACTORY, LLC, a New Mexico limited liability company | 2:23-bk-14158-SK |
| BCI ACQUISITION, INC., a Delaware corporation | 2:23-bk-14155-SK |
| TTCF-NM HOLDINGS INC., a New Mexico corporation | 2:23-bk-14160-SK |

LNBYG allocated $75,000 of the Retainer to Ittella International LLC, the principal operating company among the Debtors, and allocated $25,000 of the Retainer to each of the other Debtors. LNBYG was advised by the Debtors that the source of payment of the Retainer was from the Debtors' funds.

Subject to Court approval, LNBYG shall be paid unpaid fees and expenses in excess of the Retainer from the Debtors, the Debtors' estates, or third-party sources.